# United States District Court

**FILED**
U.S. District Court
District of Kansas

DISTRICT OF KANSAS
(Wichita Docket)

JUL 17 2008

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 08- M-6144-01-DWB |
| V. ) | |
| ) | |
| CHASE L. BOYD, ) | |
| aka BC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about July 9, 2008, in the District of Kansas, the defendant,

**CHASE L. BOYD, aka BC,**

the defendant, knowingly and intentionally distributed approximately one (1) once of a mixture or substance which contained a detectable amount of methamphetamine.

In violation of Title 21, United States Code, § 841(a)(1) and Title 18, United States Code, § 2.

I further state that I am a Wichita Police Department Detective and that this complaint is based on the following facts:

(see attached affidavit, which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof:  X Yes     ☐ No

_____
DET. KEVIN REAL
Wichita Police Department Detectivet

Sworn to before me and in my presence this 17th day of July, 2008, at Wichita, Kansas.

_____
Donald W. Bostwick
United States Magistrate Judge

# AFFIDAVIT

COMES NOW, the undersigned and being of lawful age and having been first duly sworn, does hereby state as follows:

I, Kevin D. Real, am a Detective with the Wichita Police Department. Based on your Affiant's investigation and information provided by other law enforcement officers and a Confidential Informant (C.I.), the following is believed to be true and correct.

On or around July 9, 2008 your Affiant met with a C.I. and your Affiant asked the C.I. to place a recorded phone call to Brian Dunham to inquire about the price of an ounce of ice methamphetamine. The C.I. placed a phone call to phone number 316-390-8522 and the C.I. made contact with a male subject that the C.I. identified as Brian Dunham. The C.I. asked Dunham how much he was "hitting for a zip" (the price for an ounce of ice methamphetamine). Dunham told the C.I. that it would be $1200 to $1250. The C.I. told Dunham that the C.I. was at work and then asked Dunham if it would be alright to give Dunham's phone number to your Affiant (who would be acting in an undercover capacity). Dunham told the C.I. that this would be fine.

Later that afternoon, your Affiant placed a recorded phone call to Dunham at the same phone number. Dunham asked your Affiant if he wanted a "whole one" (an ounce of ice methamphetamine) and your Affiant concurred. Your Affiant and Dunham then agreed on a price of $1200. Your Affiant asked Dunham if he could meet in Derby, Kansas. Dunham told your Affiant that he

had to take care of something first and then he would call your Affiant when he was ready to head that way.

A short time later, your Affiant received a phone call from Dunham, who was calling from the same number. This call was also recorded. Dunham advised your Affiant that his friend, B.C., would be going through Derby, so B.C. could meet your Affiant. Dunham asked your Affiant for a location and your Affiant told Dunham to tell B.C. that there was a Quiktrip at 63rd Street and Rock Road. Dunham asked your Affiant if he should just give your Affiant's number to B.C. and your Affiant concurred.

A short time later, your Affiant received a phone call from 316-871-8271. This phone call was also recorded. The male caller introduced himself as B.C. Your Affiant told B.C. that Dunham had told him that your Affiant and B.C. could meet down by Derby. B.C. and your Affiant agreed to meet at the Quiktrip at 63rd and Rock Road.

Shortly after 1800 hours on or around July 9, 2008, your Affiant arrived at the Quiktrip at 2801 N. Rock Road, Derby, Sedgwick County, Kansas. Shortly thereafter, a white Ford Probe bearing Kansas tag WHO 726 arrived at the Quiktrip. Chase Boyd a.k.a. B.C. exited the passenger seat and began approaching the Quiktrip. Your Affiant and Boyd entered the Quiktrip and they walked into the bathroom together. Boyd handed your Affiant a clear plastic baggie containing a crystal-like substance that appeared to be ice methamphetamine. Your Affiant then handed Boyd $1250 in previously photocopied United Stated currency. Your Affiant later conducted an unofficial

weighing of the substance and its packaging and determined the weight to be approximately 28.6 grams. Your Affiant also used a Nartec Inc. methamphetamine test kit to test a portion of the substance from the baggie. The substance did field-test positive for the presence of methamphetamine at approximately 1847 hours on July 9, 2008.

After a series of recorded phone calls on July 15, 2008 and July 16, 2008, your Affiant and Boyd agreed to meet at the Quiktrip at 31st Street South and Seneca in Wichita, Kansas to conduct another transaction for another ounce of ice methamphetamine. Boyd told your Affiant that the price would be $1200, but your Affiant could just give him $1150 since your Affiant overpaid by $50 for the ounce that he bought on July 9, 2008.

Shortly before 1830 hours on July 16, 2008 your Affiant and Boyd met in the Quiktrip parking lot at 1021 W. 31st Street South, Wichita, Sedgwick County, Kansas. Boyd entered your Affiant's vehicle and then provided your Affiant with a baggie containing a crystal-like substance. Your Affiant provided Boyd with$1150 in previously photocopied United States currency. Boyd then exited your Affiant's vehicle. He entered the passenger seat of a tan minivan and then the minivan left westbound on 31st Street South. Wichita Police Department surveillance units began following the minivan, but it was soon lost in traffic.

Your Affiant left the area and then used a Nartec Inc. test kit to test a portion of substance from the baggie. The substance did not test positive for methamphetamine. The surveillance units continued looking for Boyd and he was located shortly after 1900 hours driving a different minivan. Boyd pulled into

the Quiktrip at 2510 W. Pawnee, Wichita, Sedgwick County, Kansas. Boyd was then arrested from the vehicle.

**Further your Affiant saith not.**

_____
Kevin Real
Wichita Police Department Detective


Sworn to before me and subscribed in my presence, July 17, 2008, at Wichita, Kansas

_____
Donald W. Bostwick
United States Magistrate Judge
District of Kansas